# Court of Appeals
# of the State of Georgia

ATLANTA,  May 10, 2023

*The Court of Appeals hereby passes the following order:*

## A23E0047. PORTERFIELD et al. v. TRINITY ON THE HILL UNITED METHODIST CHURCH, et al.

The Appellants' emergency motion for supersedeas is DENIED. The case is remanded to the trial court with direction to consider the pending motion for supersedeas filed in that court. See *Green Bull Ga. Partners v. Register*, 301 Ga. 472, 473 (801 SE2d 843) (2017); OCGA § 9-11-62 (c).



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta,  05/10/2023

I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.

Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.